# UNITED STATES DISTRICT COURT
## District of Massachusetts

Civil No. *04-10917-WGY*

JAMES P. KARTELL,
      Petitioner,

v.

BRIAN BURGWINKLE, as he is Deputy Superintendent of
      Pondville Correctional Center, Norfolk, Massachusetts

and

THOMAS F. REILLY, as he is Attorney General
      of the Commonwealth of Massachusetts,
      Respondents

## MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

The petitioner, James P. Kartell, moves for leave to file a Memorandum Of Law in support of his petition for writ of habeas corpus in excess of twenty pages.

In support of this motion, the petitioner states that the petition raises five separate issues and arises from a three-week state court trial. In order to fully articulate these issues in the context of the trial and to appropriately present the rationale for the petition, a memorandum longer than twenty pages is necessary. Counsel has attempted to be concise and the submitted memorandum, thirty-three pages in length, is within the word limit for briefs in the First Circuit Court of Appeals.

Respectfully submitted,
For JAMES P. KARTELL

MICHAEL J. TRAFT
B.B.O.# 501480
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
(617) 338-5566

May 7, 2004

## CERTIFICATE OF SERVICE

I, Michael J. Traft, hereby certify that on May 7, 2004, I served a true copy of this document by first class mail to: Brian Burgwinkle, Deputy Superintendent, Pondville Correctional Center, P.O. Box 146, Norfolk, MA 02056 and Thomas F. Reilly, Attorney General, Commonwealth of Massachusetts, One Ashburton Place, 20th Floor, Boston, MA 02108.

Michael J. Traft