UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**JAMES P. KARTELL,**
        Petitioner,

v.                                          Civil Action No. 04-10917-WGY

**BRIAN BURGWINKLE,**
        Respondent

_____

## NOTICE OF APPEARANCE

      Please enter the appearance of the undersigned assistant attorney general as counsel for the respondent, Brian Burgwinkle

                                                          THOMAS F. RILEY
                                                          Attorney General

                                                          /s/ Daniel I. Smulow
                                                          Daniel I. Smulow, BBO 641668
                                                          Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                          Boston, Massachusetts 02108
                                                          (617) 727-2200 ext. 2949

Dated: June 10, 2004