UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES P. KARTELL**
    Petitioner

**Civil Action No. 04-10917-WGY**

v.

**BRIAN BURGWINKLE**
    Respondent

## SUPPLEMENTAL ANSWER

Pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, respondents file the following as their Supplemental Answer to the petition for writ of habeas corpus:

1. Docket Sheets, *Commonwealth v. James P. Kartell*, Essex Superior Court Indictment No. 9977-CR-0655

2. Brief and Record Appendix for the Defendant/Appellant, *Commonwealth v. James P. Kartell*, Appeals Court No. 2002-P-0125;

3. Defendant's Reply Brief, *Commonwealth v. James P. Kartell*, Appeals Court No. 2002-P-0125;

4. Commonwealth's Brief and Supplemental Record Appendix, *Commonwealth v. James P. Kartell*, Appeals Court No. 2002-P-0125;

5. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. James P. Kartell*, No. FAR-13542;

6. List of Available Transcripts.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Daniel I. Smulow
    Daniel I. Smulow, BBO 641668
    Assistant Attorney General

                                                    Criminal Bureau
                                                    One Ashburton Place
                                                    Boston, Massachusetts 02108
                                                    (617) 727-2200 ext. 2949

Dated: June 10, 2004

## CERTIFICATE OF SERVICE

    I, Daniel I. Smulow, hereby certify that on June 10, 2004, I served a true copy of this document by first class mail to: Michael J. Traft, Esq., Carney & Bassil, 20 Park Plaza, Suite 1405, Boston, MA 02116.

                                                                       <u>/s/ Daniel I. Smulow</u>