UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. KARTELL
    Petitioner

Civil Action No. 04-10917-WGY

v.

BRIAN BURGWINKLE
    Respondent

## MOTION TO DISMISS THOMAS F. REILLY, ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, FROM THE SUIT

In his petition for habeas corpus relief, the petitioner mistakenly named Thomas F. Reilly, the Attorney General of the Commonwealth of Massachusetts, as a respondent. Only the superintendent of the institution where the petitioner is incarcerated, here Brian Burgwinkle, may be properly named as a respondent. *See* 28 U.S.C. § 2254 Rule 2(a). Consequently, Attorney General Reilly, through undersigned counsel, respectfully requests that this Court remove him as a party to the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2949

Dated: June 14, 2004

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I, Daniel I. Smulow, hereby certify that I spoke with Attorney Michael J. Traft by telephone on June 14, 2004, and he takes no position on this motion.

/s/ Daniel I. Smulow

**Certificate of Service**

I, Daniel I. Smulow, hereby certify that on June 14, 2004, I served a true copy of this document by first class mail to: Michael J. Traft, Esq., Carney & Bassil, 20 Park Plaza, Suite 1405, Boston, MA 02116.

/s/ Daniel I. Smulow