```
                                                               1


 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Civil Action
 3                                         No. 04-10917-WGY

 4

 5     * * * * * * * * * * * * * * * *
                                      *
 6     JAMES P. KARTELL,              *
                                      *
 7             Petitioner,            *
                                      *
 8     v.                             *    MOTION HEARING
                                      *
 9     BRIAN BURGWINKLE,              *
                                      *
10             Respondent.            *
                                      *
11     * * * * * * * * * * * * * * * *

12

13             BEFORE:  The Honorable William G. Young,
                                District Judge
14

15

16
       APPEARANCES:
17

18             CARNEY & BASSIL (By Michael J. Traft, Esq.)
          20 Park Plaza, Suite 1405, Boston, Massachusetts
19        02116, on behalf of the Petitioner

20
               DANIEL I. SMULOW, Assistant Attorney
21        General, Criminal Bureau, One Ashburton Place,
          Boston, Massachusetts 02108, on behalf of the
22        Respondent

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           December 16, 2004
```