UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES P. KARTELL
    Petitioner

v.

                                                        Civil Action No. 04-10917-WGY

BRIAN BURGWINKLE
    Respondent

MOTION TO SUBSTITUTE
PAUL RUANE FOR BRIAN BURGWINKLE AS RESPONDENT

Pursuant to Rule 2(a) of the Rules Governing Section 2254 Proceedings for the United States District Courts, undersigned counsel hereby respectfully moves the Court to substitute Paul Ruane for Brian Burgwinkle as respondent in the above-captioned matter. Pursuant to Rule 2(a), only the superintendent of the institution where the petitioner is incarcerated may be properly named as a respondent. *See* 28 U.S.C. § 2254 Rule 2(a). Presently, the name of the superintendent of Pondville Correctional Center, where the petitioner is held, is Paul Ruane. Consequently, undersigned counsel respectfully requests that this Court substitute Paul Ruane for Brian Burgwinkle as the respondent.

                                                  Respectfully submitted,

                                                  THOMAS F. REILLY
                                                 ATTORNEY GENERAL

                                                 /s/ Daniel I. Smulow
                                                 Daniel I. Smulow, BBO # 641668
                                                 Assistant Attorney General
                                                 Criminal Bureau
                                                 One Ashburton Place
                                                 Boston, MA 02108
                                                 (617) 727-2200, ext. 2949

Dated: August 12, 2005