```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10917-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                      *
 6   JAMES P. KARTELL,                *
                                      *
 7             Petitioner,            *
                                      *
 8   v.                               *   MOTION HEARING
                                      *
 9   BRIAN BURGWINKLE,                *
                                      *
10                                    *
               Respondent.            *
11                                    *
     * * * * * * * * * * * * * * * * *
12

13
               BEFORE:  The Honorable William G. Young,
14                              District Judge

15

16
     APPEARANCES:
17

18          CARNEY & BASSIL (By Michael J. Traft, Esq.)
       20 Park Plaza, Suite 1405, Boston, Massachusetts
19     02116, on behalf of the Petitioner

20
            DANIEL I. SMULOW, Assistant Attorney
21     General, Criminal Bureau, One Ashburton Place,
       Boston, Massachusets 02108, on behalf of the
22     Respondent

23

24                                Boston College Law School
                                  Newton Center, Massachusetts
25
                                  October 26, 2005
```