UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES P. KARTELL,<br><br>　　Petitioner,<br><br>v.<br><br>PAUL RUANE, Superintendent,<br><br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>)　Civil Action<br>)　No. 04-10917-WGY<br>)<br>)<br>)<br>) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of the undersigned as counsel for the respondent, Paul Ruane, in place of Attorney Daniel I. Smulow, who is no longer employed by the Office of the Attorney General.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Maura D. McLaughlin
　　　　　　　　　　　　　　　　　　Maura D. McLaughlin (BBO #634923)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　(617) 727-2200, ext. 2857

Dated: August 21, 2007

### Certificate of Service

　　I, Maura D. McLaughlin, hereby certify that, on August 21, 2007, I caused to be served a true and correct copy of the foregoing document by mailing a copy of the same by first class mail, postage prepaid, and addressed to the following counsel of record: Michael J. Traft, Esq., Carney & Bassil, 20 Park Plaza, Suite 800, Boston, Massachusetts 02116.

　　　　　　　　　　　　　　　　　　/s/ Maura D. McLaughlin
　　　　　　　　　　　　　　　　　　Maura D. McLaughlin